**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

RONALD DAVIS,

        *Petitioner,*

  v.

RANDY IRWIN, et al.,

        *Respondents.*

CIVIL ACTION
NO. 19-3733

## ORDER

**AND NOW**, this 22nd day of April 2024, upon careful and independent consideration of the pleadings and available state court records, and after review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey (ECF No. 39) and Petitioner's objections thereto, (ECF No. 43), it is **ORDERED** that:

1. The objections are **OVERRULED**;

2. The Report and Recommendation is **APPROVED** and **ADOPTED**;

3. The Petition for a Writ of Habeas Corpus is **DENIED** and **DISMISSED**;

4. A certificate of appealability **SHALL NOT** issue because the Petitioner has not made a substantial showing of the denial of a constitutional right or demonstrated that reasonable jurists would debate the correctness of this decision. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000);

5. The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.